UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES, INC., | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 1:26-mc-00018-JRS-MG |
| UNITED STATES SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Respondent. | ) | |

**MINUTE ENTRY FOR JUNE 3, 2026**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference.

This matter is scheduled for a telephonic status conference on **Wednesday, July 1, 2026 at 4:00 p.m. (Eastern)** to discuss case status.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 6/15/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.