UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES, INC., | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 1:26-mc-00018-JRS-MG |
| UNITED STATES SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Respondent. | ) ) | |

**MINUTE ENTRY FOR JULY 1, 2026
STATUS CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Status Conference.

This matter is scheduled for a telephonic status conference on **Thursday, August 27, 2026 at 4:00 p.m. (Eastern)** to discuss case status. Counsel to notify chambers in the event the conference can be vacated. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 7/6/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record**